JAMES A. OLIFF (admitted *pro hac vice*)
joliff@oliff.com
JOHN W. O'MEARA (admitted *pro hac vice*)
jomeara@oliff.com
PETER T. EWALD (admitted *pro hac vice*)
pewald@oliff.com
OLIFF PLC
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel:  (703) 836-6400; Fax:  (703) 836-2787

LOCAL COUNSEL:
Susan van Keulen, State Bar No. 136060
svankeulen@omm.com
Jonathan Crawford, State Bar. No. 267829
jcrawford@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Tel:  (650) 473-2600; Fax:  (650) 473-2601

Attorneys for Plaintiff F&T Spagnolo Pty Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| F&T Spagnolo Pty, Ltd.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>The Wine Group, Inc.,<br><br>                    Defendant. | Case No. 5:16-cv-03455-NC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties in the above-

2    captioned action hereby stipulate to the dismissal of this action with prejudice, each party to bear

3    its own costs and attorneys' fees.

4    Dated this 21st day of September, 2016

5
                                                    /s/ Susan van Keulen
6                                                   Susan van Keulen, State Bar No. 136060
                                                    svankeulen@omm.com
7                                                   Jonathan Crawford, State Bar. No. 267829
                                                    jcrawford@omm.com
8                                                   O'MELVENY & MYERS LLP
                                                    2765 Sand Hill Road
9                                                   Menlo Park, CA 94025
                                                    Tel:  (650) 473-2600; Fax:  (650) 473-2601
10

11                                                  JAMES A. OLIFF (admitted *pro hac vice*)
                                                    joliff@oliff.com
12                                                  JOHN W. O'MEARA (admitted *pro hac vice*)
                                                    jomeara@oliff.com
13                                                  PETER T. EWALD (admitted *pro hac vice*)
                                                    pewald@oliff.com
14                                                  OLIFF PLC
                                                    277 South Washington St., Suite 500
15                                                  Alexandria, Virginia 22314
                                                    Tel:  (703) 836-6400; Fax:  (703) 836-2787
16

17                                                  *Attorneys for Plaintiff*

18

19                                                  /s/ Kurt G. Calia
20                                                  Kurt G. Calia, State Bar No. 214300
                                                    Covington & Burling LLP
21                                                  333 Twin Dolphin Drive, Suite 700
                                                    Redwood Shores, CA  94065
22                                                  (650) 632-4700

23                                                  *Attorneys for Defendant*

24   ## ATTESTATION

25    In accordance with Civil L.R. 5-1(i), I, Susan van Keulen, attest that each signatory has

26   concurred in the filing of this document.

27                                                  /s/ Susan van Keulen
                                                    Susan van Keulen
28

CASE NO. 5:16-CV-03455-NC
STIPULATED DISMISSAL WITH
PREJUDICE AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   September 21, 2016

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA